UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION--DETROIT

IN THE MATTER OF:

Monica L. Williams,
                       Bankruptcy Case No. 10-70559
                       Honorable Marci B. McIvor
                       Chapter 13

        Debtor.
_____/

## ORDER CONFIRMING PLAN

The debtor's Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

Therefore, IT IS HEREBY ORDERED that the debtor's Chapter 13 plan, as last amended, if at all, is confirmed.

IT IS FURTHER ORDERED that the claim of Stevenson & Bullock, P.L.C., Attorney for the debtor, for the allowance of compensation and reimbursement of expenses shall be awarded by application and paid by the Trustee as an administrative expense of this case.

IT IS FURTHER ORDERED that the debtor shall maintain all policies of insurance on all property of the debtors and this estate as required by law and contract.

All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

IT IS FURTHER ORDERED that the debtor shall remit 100% of all tax refunds to which the debtor is entitled since the commencement of the case and shall not alter withholdings without Court approval.

/s/ David Wm. Ruskin
David Wm. Ruskin (P P26803)
Chapter 13 Standing Trustee
26555 Evergreen Rd., Ste. 1100
Southfield, MI 48076
248-352-7755
ecf-emails@det13.com

/s/ Kimberly Bedigian (P54812)
Stevenson & Bullock, P.L.C.
Attorney for the debtor
26100 American Drive, Suite 500
Southfield, MI 48034
(248) 354-7906
kbedigian@sbplclaw.com

.

**Signed on January 05, 2011**

                                /s/ Marci B. McIvor
                                Marci B. McIvor
                                United States Bankruptcy Judge